IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| KELLEY REYNOLDS, et al. : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:05-cv-00359 |
| vs. : | |
| : | Senior District Judge S. Arthur Spiegel |
| EXTENDICARE HEALTH : | |
| SERVICES, INC., et al. : | |
| : | |
| Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . .the Court GRANTS Defendants' Motion for Summary Judgment With Regard to the Complaint Filed by Plaintiff Kelley Reynolds (doc. 17), GRANTS Defendants' Motion for Summary Judgment With Regard to the Complaint Filed by Plaintiff Linda Heine (doc. 16), and DISMISSES this case from the Court's docket.

8/2/06                                                James Bonini, Clerk


                                                      s/Kevin Moser
                                                      Kevin Moser
                                                      Deputy Clerk